USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ROCCO,

Plaintiff,

v.

NAM TAI ELECTRONICS, INC., ET AL.,

Defendants.

Civil Action No.
03 Civ. 1148 (JES)

STIPULATION DISMISSING ACTION WITH PREJUDICE

WHEREAS the parties have entered into a Settlement and Release Agreement, settling all claims asserted against all defendants;

IT IS HEREBY STIPULATED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-entitled consolidated action is hereby dismissed in its entirety with prejudice and without costs to any party.

Dated: March 18, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By [signature]
David Rosenfeld (DR-7564)

58 South Service Road, Suite 200,
Melville, NY 11747
(631) 367-7100

*Attorneys for Plaintiff*

CRAVATH, SWAINE & MOORE LLP

By [signature]
Stuart W. Gold (SG-1291)

825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendants*

SO ORDERED:

[signature]
U.S.D.J.
3-26-08

# CERTIFICATE OF SERVICE

I, Kelly A. Stadelmann, hereby certify that on March 18, 2008, I caused a true and correct copy of the attached:

- Stipulation of Dismissal

to be served by United States mail on Stuart Gold, Esq, of Cravath, Swaine & Moore, LLP, 825 Eighth Avenue, New York, NY 10019.

Kelly A. Stadelmann